IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIACO HOLDING INC., </br></br>  Plaintiff, </br></br> vs. </br></br> DCN STUDIOS INC., </br></br>  Defendant. | Civil Action No. 1:22-cv-10827-PKC |

## [PROPOSED] FORM OF DEFAULT JUDGMENT

This action having been commenced on December 22, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant DCN Studios Inc. on December 27, 2022 by personal service on Charlotte Banice, who is designated by law to accept service of process on behalf of the registered agent for Defendant, and a proof of service having been filed on December 28, 2022 (ECF No. 8), and an amended proof of service having been filed on January 23, 2023 (ECF No. 15), and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff MediaCo Holding Inc. have judgment against Defendant in the liquidated amount of $350,000 with interest at 9% from May 13, 2022, amounting to ~~$24,768.49~~ $28,910.96 [PKC], plus costs and disbursements of this action in the amount of $673.90, amounting in all to ~~$375,442.39~~ $379,584.86 [PKC].

Dated: New York, New York
       4/13/23

_____
U.S.D.J.

This document was entered on the docket on _____.